UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> John Ryan, ) <br> ) <br> Respondent. ) | Civil Action No. |

## DECLARATION

KIM KIZZIE declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Central Compliance Area of the Internal Revenue Service at 57 HADDONFIELD ROAD - SUITE 120, CHERRY HILL, NJ 08002-4804.

2. In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of JOHN J & CAROL RYAN for the calendar years ended: December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 12, 2006, December 31, 2007 and December 31, 2008 .

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on May 10, 2011, an administrative summons, Internal Revenue Service Form 6637, to John Ryan, to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on May 10, 2011, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)

above on the respondent, John Ryan, by personal delivery, as evidenced in the certificate of service on the reverse side of the summons.

5    On May 10, 2011, I served the notice required by Section 7609(a) of Title 26, U.S.C., on John Ryan, by personal delivery, as evidenced in the certificate of service of notice on the reverse side of the summons.

6.    On June 2, 2011, the respondent John Ryan, did not appear in response to summons. A last chance letter was sent for a final appearance on July 26, 2011. The respondent's refusal to comply with the summons continues to the date of this declaration.

7.    The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8.    All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9.    It is necessary to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of JOHN J & CAROL RYAN for the calendar years ended December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 12, 2006, December 31, 2007 and December 31, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, 2011.

KIM KIZZIE, REVENUE OFFICER

2

# EXHIBIT A



# Summons

## Collection Information Statement

In the matter of  JOHN J & CAROL RYAN,  310 BORTONS MILL RD,  CHERRY HILL,  NJ  08034-3304
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 2 (22)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  JOHN J RYAN
At:  310 BORTONS MILL RD,  CHERRY HILL,  NJ  08034-3304

You are hereby summoned and required to appear before KIM KIZZIE, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 04/01/2011  To 04/30/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

57 HADDONFIELD ROAD - SUITE 120,  CHERRY HILL,  NJ  08002-4804  (856) 414-6723

Place and time for appearance: At  57 HADDONFIELD ROAD - SUITE 120,  CHERRY HILL,  NJ  08002-4804

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  2nd  day of  June , 2011 at  9:00  o'clock a m.

Issued under authority of the Internal Revenue Code this  10th  day of May , 2011

KIM KIZZIE  */s/ Kim Kizzie*
Signature of issuing officer

Signature of approving officer *(if applicable)*

EXHIBIT  A

REVENUE OFFICER
Title

Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

**Date** May 10, 2011

**Time** 12:15 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any). Tracy Sullivan - Employee of John Ryan

**Signature** Kim Kizzie

**Title** Revenue Officer

I certify that the copy of the summons served contained the required certification.

**Signature** Kim Kizzie

**Title** Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **JOHN J & CAROL RYAN**

Period information: Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008